FILED IN CHAMBERS
U.S.D.C. - Atlanta

JUN 3 0 2011

James N. Hatten, Clerk
By: *signature*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA :
                                         :    CRIMINAL ACTION FILE NO.
v.                                 :    1:02-CR-426-2-ODE-RGV
                                         :
DANIEL CASTILLO                 :

ORDER

     This criminal action is before the Court on the Report and Recommendation of United States Magistrate Judge Russell G. Vineyard filed June 10, 2011 [Doc. 148]. No objections have been filed.

     In the Report and Recommendation, the Magistrate Judge recommends that Defendant's motion for leave to appeal *in forma pauperis* [Doc. 145] be denied because this Court lacks jurisdiction to revisit Defendant's sentence, and his notice of appeal is not taken in good faith.

     The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, Defendant's motion for leave to appeal *in forma pauperis* [Doc. 145] is DENIED.

     SO ORDERED, this 30 day of June, 2011.

*signature*
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE